United States District Court
Southern District of Texas
ENTERED

JUN 30 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk M. Duymovich

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 24 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ESPINOZA, INDIVIDUALLY AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, A MINOR<br><br>VS.<br><br>THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT<br><br>AND<br><br>JOSE GARCIA, INDIVIDUALLY, AND AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, A MINOR<br><br>VS.<br><br>THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | CIVIL ACTION NO.<br>B-97-075<br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO.<br>B-97-075 |

## ORDER

CAME ON the attorneys on behalf of Intervenor Jose Garcia, regarding the withdrawal of the law firm of the Allison Law Firm, and the substitution and designation of Phil Stein, from the Law Offices of Phil Stein, as attorney of record, and the Court approving same, it is hereby ORDERED that Phil Stein be substituted as attorney of record for Intervenor Jose Garcia.

SIGNED this 24 day of June, 1998.

_____
JUDGE PRESIDING