United States District Court
Southern District of Texas
ENTERED
JUN 30 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Burgray

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 24 1998
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISABEL ESPINOZA, INDIVIDUALLY AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, A MINOR | CIVIL ACTION NO. B-97-075 |
| vs. | |
| THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | |
| AND | |
| JOSE GARCIA, INDIVIDUALLY, AND AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, A MINOR | CIVIL ACTION NO. B-97-075 |
| vs. | |
| THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | |

## ORDER GRANTING UNOPPOSED MOTION TO BE PERMITTED TO PRACTICE BEFORE THIS COURT PRO HAC VICE

CAME ON this day counsel for Intervenor Joe Garcia Unopposed Motion to be Permitted to Practice Before this Court Pro Hac Vice, and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED.