United States District Court
Southern District of Texas
ENTERED

JUN 30 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk M. Duynan

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 24 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ESPINOZA INDIVIDUALLY AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, MINOR | ) ) ) ) | |
| VS. | ) ) ) | CIVIL ACTION NO. B-97-075 |
| THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | ) ) ) | JURY DEMANDED |

### ORDER GRANTING MOTION TO EXTEND FILING OF JOINT PRETRIAL ORDER

On this the 24th day of June, 1998, came on to be considered the foregoing Joint Motion to Extend the Deadline to File Joint Pretrial Order and the court is of the opinion that the same should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Parties file their Joint Pretrial Order on or before July 10, 1998.

Signed this the 24th day of June, 1998.

_____
JUDGE PRESIDING

IT IS THEREFORE, ORDERED that counsel for Intervenor Joe Garcia's Unopposed Motion to be Permitted to Practice Before this Court Pro Hac Vice be granted and Phillip J. Stein from the Law Offices Of Phillip J. Stein, P.C., be permitted to practice before this Court.

SIGNED on the 24 day of June, 1998.

_____
JUDGE PRESIDING