United States District Court
Southern District of Texas
ENTERED

AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 26 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ISABEL ESPINOZA INDIVIDUALLY AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, MINOR § § § § § | |
| VS. § § | CIVIL ACTION NO. B-97-075 |
| THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT § § § § | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that the Defendant's Motion to Dismiss be DENIED.

DONE at Brownsville, Texas, this 26th day of August, 1998.

Filemon B. Vela
United States District Court Judge