lmv

34

United States District Court
Southern District of Texas
ENTERED

OCT 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISABEL ESPINOZA, ET AL          *

    VS                          *   C.A. NO. B97 075

THE BROWNSVILLE INDEPENDENT     *
SCHOOL DISTRICT

## ORDER RESETTING CONFERENCE

The **final pretrial and settlement conference** in above-captioned and numbered cause of action is hereby reset from October 22, 1998 to **Thursday, November 19, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this **15th** day of **October, 1998.**

                    John Wm. Black
                    United States Magistrate Judge
                    2nd Floor, Courtroom No. 2
                    1001 E. Elizabeth
                    Brownsville, TX  78520