36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 20 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL ESPINOZA, ET AL | * | |
| VS | * | C.A. NO. B97 075 |
| THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | * | |

## ORDER SETTING SETTLEMENT CONFERENCE

A **settlement conference** in above-captioned and numbered cause of action is hereby set for **Thursday, December 10, 1998, at 2:00 p.m.**

DONE at Brownsville, Texas, this **19th** day of **November, 1998.**

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520