39

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ESPINOZA, INDIVIDUALLY AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, MINOR | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-075 |
| THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § § | |
| AND | § § | |
| JOSE GARCIA, INDIVIDUALLY, AND AS THE NATURAL PARENT AND NEXT FRIEND OF BELEN GARCIA, A MINOR CHILD | § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-97-075 |
| THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § § § | |

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER GRANTING MOTION FOR CONTINUANCE

Be it remembered that on the 10th of December, 1998, came on to be heard Defendant's Unopposed Motion for Continuance of Settlement Conference and the Court, having reviewed the moving papers, and heard the argument of counsel, is of the opinion said Motion should be granted.

BISD MOTION FOR CONTINUANCE P. 5

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's Motion for Continuance of Settlement Conference is hereby granted and the settlement conference herein is reset to December 16, 1998, at 1:30 p.m.

DONE at Brownsville, Texas this 10TH day of December, 1998.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX 78250

BISD MOTION FOR CONTINUANCE P. 6