40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ESPINOZA, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT | § | B97 075 |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] Ray R. Marchan | Its Isabel Espinoza et al | 12-16-98 |
| [signature] Mark Rosas | D/BISD | 12-16-98 |
| [signature] Phillip J. Stein | Jose Garcia | 12-16-98 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

December 17, 1998
Date

[signature]
Filemon B. Vela
United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

ClibPDF - www.fastio.com