# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL ESPINOZA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-075 |
| | § | |
| THE BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

TYPE OF CASE:       __X__ CIVIL              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

STATUS CONFERENCE

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**      **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

**FEBRUARY 16, 1999 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 25, 1999

TO:     MR. RAY MARCHAN
        MR. PHILIP STEIN
        MR. N. MARK RALLS