43

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## FEB 1 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL ESPINOZA, INDIVIDUALLY | § | |
| AS THE NATURAL PARENT AND | § | |
| NEXT FRIEND OF BELEN GARCIA, | § | |
| MINOR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-97-075 |
| THE BROWNSVILLE INDEPENDENT | § | (636(c)) |
| SCHOOL DISTRICT | § | |
| | § | |
| AND | § | |
| | § | |
| JOSE GARCIA, INDIVIDUALLY, | § | |
| AND AS THE NATURAL PARENT | § | |
| AND NEXT FRIEND OF BELEN | § | |
| GARCIA, A MINOR CHILD | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | B-97-075 |
| | § | (636(c)) |
| THE BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on this date came on to be heard the above numbered and styled

cause, wherein ISABEL ESPINOZA, Individually and as Natural Parent and Next Friend of BELEN

GARCIA, Minor and JOSE GARCIA, Individually and as Natural Parent and Next Friend of BELEN

GARCIA, a Minor Child are Plaintiffs, and THE BROWNSVILLE INDEPENDENT SCHOOL

DISTRICT is the Defendant.

ISABEL ESPINOZA, Individually and as Natural Parent and Next Friend of BELEN

GARCIA, Minor, appeared in person and by and through her attorney of record, Mr. Ray D. Marchan

and JOSE GARCIA, Individually and as Natural Parent and Next Friend of BELEN GARCIA, A

Minor Child, appeared in person and by and through his attorney of record, Mr. Phillip J. Stein. The

Defendant, THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, appeared by and

through its attorney of record, N. Mark Ralls; and all parties thereupon announced to the Court that

all matters in controversy herein had been fully compromised and settled, subject only to the approval

of the Court of such compromise and settlement, and that under the terms of said agreed compromise

and settlement, the Defendant THE BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, shall

pay the total sum of SEVENTY THOUSAND AND NO/100 DOLLARS ($70,000.00) to Plaintiffs

in full and final settlement and in satisfaction of all damages sustained by such Plaintiffs by reason of

the incident and injuries arising therefrom; such sums to be paid as follows:

(1)    FORTY THOUSAND SEVEN HUNDRED NINETY ONE AND 33/100 DOLLARS

($40,791.33) to be paid to the Registry of the Court for the sole use and benefit of the

minor Plaintiff, **BELEN GARCIA** [Date of Birth 12/07/86 and Social Security

Number 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] said amount to be invested in an interest bearing savings

account ~~or certificates of deposit at Mercantile Bank, Brownsville, Texas~~ until such

time as **BELEN GARCIA** reaches the age of 18 years or until further order of the

Court, in full, final and complete settlement of all claims that **BELEN GARCIA** has

or could have arising out of the aforementioned incident;

(2)    TWENTY FOUR THOUSAND FIVE HUNDRED NINETY NINE AND 03/100

DOLLARS ($24,599.03), to be paid to **ISABEL ESPINOZA** and her attorneys,

**EDDINGTON & ASSOCIATES**, for attorney's fees, expenses, and any and all

claims, damages, demands, liability and causes of action, whatsoever the nature,

known or unknown, past, present, or future, arising out of the injury and damages to

FINAL JUDGMENT
PAGE 2

**BELEN GARCIA** on or about May 13, 1996 as described more fully in Plaintiffs'
and Intervenor's pleadings in the above-styled and numbered cause; and

(3)    FOUR THOUSAND SIX HUNDRED NINE AND 46/100 DOLLARS ($4,609.46),
to be paid to **JOSE GARCIA** and his attorney, **PHILLIP J. STEIN**, for attorney's
fees, expenses, and any and all claims, damages, demands, liability and causes of
action, whatsoever the nature, known or unknown, past, present, or future, arising out
of the injury and damages to **BELEN GARCIA** on or about May 13, 1996 as
described more fully in Plaintiff's and Intervenor's pleadings in the above-styled and
numbered cause.

After considering the Pleadings, evidence concerning the matters alleged in the cause,
including full evidence as to the injuries and damages of the Plaintiffs, the future effect of said injuries,
and the arguments of counsel, the Court is of the opinion and finds that the liability of the Defendant
is disputed as is the nature and extent of the damages claimed; and that, with full knowledge of the
cause of action as above stated, the parties hereto have agreed to compromise and settle such cause
of action for the total consideration stated above. The Court further finds, upon representation of
the Plaintiffs' attorneys that they do not believe the appointment of a guardian ad litem is necessary
to protect the interests of the minor Plaintiff, Belen Garcia, and that her interests are adequately
represented and protected in this matter by her mother Isabel Espinoza, that there is no need to
appoint a guardian ad litem for the minor, and the Court is fully satisfied that Isabel Espinoza is
competent to represent the interests of Belen Garcia in this settlement.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiffs
do have and recover of and from the Defendant BROWNSVILLE INDEPENDENT SCHOOL

FINAL JUDGMENT
PAGE 3

DISTRICT and all persons named in the **RELEASE OF ALL CLAIMS AND INDEMNITY SETTLEMENT AND RELEASE AGREEMENT**, the total sum of SEVENTY THOUSAND AND NO/100 DOLLARS ($70,000.00), in full, final and complete satisfaction of all claims and demands of every character accruing or to accrue to BELEN GARCIA or anyone acting by or on her behalf, arising out of the incident described in Plaintiffs' and Intervenor's pleadings on file herein.

IT IS FURTHER ORDERED by the Court that the SEVENTY THOUSAND AND NO/100 DOLLARS ($70,000.00) is to be paid by Defendants as follows:

(1)     FORTY THOUSAND SEVEN HUNDRED NINETY ONE AND 33/100 DOLLARS, ($40,791.33) to be paid to the Registry of the Court for the sole use and benefit of the minor Plaintiff, **BELEN GARCIA** [Date of Birth 12/07/86 and Social Security Number 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] said amount is to be invested in an interest bearing savings account ~~or certificates of deposit at Mercantile Bank, Brownsville, Texas~~ until such time as **BELEN GARCIA** reaches the age of 18 years or until further order of the Court, in full, final and complete settlement of all claims that **BELEN GARCIA** has or could have arising out of the aforementioned incident,

(2)     TWENTY FOUR THOUSAND FIVE HUNDRED NINETY NINE AND 03/100 DOLLARS ($24,599.03), to be paid to **ISABEL ESPINOZA** and her attorneys, **EDDINGTON & ASSOCIATES**, for attorney's fees, expenses, and any and all claims, damages, demands, liability and causes of action, whatsoever the nature, known or unknown, past, present, or future, arising out of the injury and damages to **BELEN GARCIA** on or about May 13, 1996 as described more fully in Plaintiffs' and Intervenor's pleadings in the above-styled and numbered cause; and

FINAL JUDGMENT
PAGE 4

(3)     FOUR THOUSAND SIX HUNDRED NINE AND 46/100 DOLLARS, ($4,609.46),

to be paid to **JOSE GARCIA** and his attorney, **PHILLIP J. STEIN**, for attorney's

fees, expenses, and any and all claims, damages, demands, liability and causes of

action, whatsoever the nature, known or unknown, past, present, or future, arising out

of the injury and damages to **BELEN GARCIA** on or about May 13, 1996 as

described more fully in Plaintiffs' and Intervenor's pleadings in the above-styled and

numbered cause.

IT IS FURTHER ORDERED said sums shall not be withdrawn from the financial institution

without further Order of this Court or until such time as the Minor, BELEN GARCIA, reaches

majority or is otherwise emancipated, at which time said Minor, BELEN GARCIA, will be allowed

to withdraw the principal and interest ~~on the sum from Mercantile Bank~~ for her use and benefit

without the necessity of further Order from this Court.

IT IS FURTHER ORDERED that Defendant shall pay taxable court costs up to an amount

of ONE THOUSAND AND NO/100 ($1,000.00) DOLLARS. It further appears to the court that all

sums and costs herein concerned have been fully paid as aforesaid by the parties. Accordingly, it is

further ORDERED that no execution shall issue hereon, this judgment being fully satisfied.

All relief not expressly granted herein is denied.

SIGNED this _17_ day of _FEB_, 1999.

JUDGE PRESIDING

APPROVED:

EDDINGTON & ASSOCIATES, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520
(956) 546-0333
(956) 541-0255 (Fax)

By: _____

    RAY R. MARCHAN
    Fed. I.D. No. 9522
    State Bar No. 012969050
ATTORNEY FOR ISABEL ESPINOZA INDIVIDUALLY AND
AS NATURAL PARENT AND NEXT FRIEND OF
BELEN GARCIA, MINOR CHILD

LAW OFFICES OF PHILLIP J. STEIN, P.C.
302 King's Hwy., Suite 205
Brownsville, Texas 78520
(956) 541-9243
(956) 541-9244 (Fax)

By: _____

    PHILLIP J. STEIN
    State Bar No. 19129600
ATTORNEY FOR JOSE GARCIA INDIVIDUALLY AND
AS NATURAL PARENT AND NEXT FRIEND OF
BELEN GARCIA, MINOR CHILD

ABLES, LOCKER, RALLS & COWEN
1200 NationsBank Plaza
300 Convent Street
San Antonio, Texas 78205
(210) 224-9991
(210) 226-1544 (Fax)

By: _____ by authority

    N. MARK RALLS
    State Bar No. 16489200
ATTORNEY FOR DEFENDANT

FINAL JUDGMENT
PAGE 6