United States District Court
Southern District of Texas
FILED

DEC 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISABEL ESPINOZA, ET AL

VS.                                             CIVIL ACTION NO. B-97-075

BROWNSVILLE I.S.D.

### APPLICANT'S MOTION FOR RELEASE OF FUNDS HELD IN THE REGISTRY OF THE COURT

COMES NOW, Applicant, BELEN GARCIA and files this his Motion for Release of Funds presently held in the registry of this Honorable Court and in support would show:

I.

In 1997, Isabel Espinoza filed a lawsuit on behalf of her daughter, BELEN GARCIA. BELEN GARCIA was a minor at the time of filing and settlement of this suit. BELEN GARCIA has reached the age of majority today, December 7, 2005. *See attached copy of birth certificate*. BELEN GARCIA, applicant, is requesting that the moneys deposited into the registry of the court and in an interest-bearing account be released to Belen Garcia.

WHEREFORE, PREMISES, CONSIDERED, applicant prays that the funds in the registry of the Court for BELEN GARCIA be released to:

        Belen Garcia
        5978 Tecate
        Brownsville, Texas 78521

Respectfully submitted on this the ___13th___ day of December, 2004.

        WATTS LAW FIRM, L.L.P.
        1926 E. Elizabeth

Brownsville, Texas 78520
(956) 544-0500 Telephone
(956) 541-0255 Facsimile

_____
Ray R. Marchan
State Bar No. 12969050
Federal ID# 9522