IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISABEL ESPINOZA, ET AL

VS.                                          CIVIL ACTION NO. B-97-075

BROWNSVILLE I.S.D.

ORDER RELEASING FUNDS HELD IN THE REGISTRY OF THE COURT

BE IT REMEMBERED that on this day came on to be considered Applicant Belen Garcia's Motion for Release of Funds Held in the Registry of the Court and Court after considering the same is of the opinion that the same should be granted.

IT IS THEREFORE ORDERED that the Clerk release the amount of $_____ held in the registry of the Court in behalf of BELEN GARCIA be released to BELEN GARCIA at the following address: 5978 Tecate, Brownsville, Texas 78521.

Signed this the _____ day of December, 2004.

_____
JUDGE PRESIDING