IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL ESPINOZA, ET. AL<br>Petitioner, | §<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | CIVIL NO. B-97-075 |
| BROWNSVILLE I.S.D<br>Respondent. | §<br>§<br>§ | |

### ORDER RELEASING FUNDS HELD IN THE REGISTRY OF THE COURT

Be it remembered that on this day came on to be considered Applicant Belen Garcia's Motion for Release of Funds Held in the Registry of the Court and the Court after considering the same, finds that Belen Garcia is over eighteen years of age and is of the opinion that the same should be granted.

It is therefore ordered that the Clerk release the principal amount of $40,791.33 plus any accrued interests held in the registry of the Court on behalf of Belen Garcia to Belen Garcia.

DONE at Brownsville, Texas, this 14th day of December, 2004.

John Wm. Black
United States Magistrate Judge

